IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TORREAN ANTWON SIMS | CR No. 3:12-cr-513-003-JFA<br><br>**ORDER** |

On November 16, 2012, this Court entered an order denying the Motion to Quash by the United States Probation Office (USPO) and granting the Motion to Compel by defendant Sims. *See* Order, ECF No. 864. Thereby, the Court granted defendant's counsel, Louis H. Lang, access to Sims's USPO files subject to certain procedures outlined in the order. However, the order does not specify that the Government may also access Sims's USPO files. This omission was unintentional, and it is the Court's opinion that the Government may review Sims's USPO files and seek additional material therefrom subject to the same procedures as counsel for defendant Sims.

IT IS SO ORDERED.

November 19, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge