IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:12-513-JFA |
| | ) | |
| v. | ) | ORDER ON REQUEST FOR |
| | ) | A READING ROOM FOR |
| DAVID ANDREA JENKINS, ET AL. | ) | PURPOSES OF VIEWING |
| | ) | DISCOVERY |
| _____ | ) | |

Several defendants have moved the court for an order establishing a reading room at the Lexington County Detention Center which would allow the defendants in this case to individually review all of the discovery produced in this case via laptop computers upon which the discovery materials have been loaded. It is suggested that this procedure has been employed in another case involving voluminous discovery in this District, with a degree of success.

The court heard oral argument on the motion on January 14, 2013, and took the matter under advisement. Subsequent to the hearing, the court has learned that the reading room established in the other case is scheduled to remain in operation through the conclusion of the other trial, which is expected to end in late March 2013. Accordingly, the physical facility and the laptop computers will not be available until that time.

The court has previously entered an order continuing this case until July 2013. The court will, therefore, deny the motions for a reading room without prejudice and with leave to reconsider the request upon the conclusion of the other case pending in this District. If the

1

court decides to attempt to establish a reading room, this would leave approximately three and one-half months for the defendants to review discovery prior to the July 2013 trial. Of course, counsel may review the discovery with their clients in the normal fashion while the reading room is unavailable.

For the foregoing reasons, the motions are denied without prejudice at this time, with leave to refile in early to mid-March.

IT IS SO ORDERED.

January 31, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge