# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:12-513 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDRE JAMEL CUMMINGS | ) | |
| | ) | |

TO: LEXINGTON COUNTY DETENTION CENTER AND STAFF

The defendant, Andre Jamel Cummings, is a federal detainee and is being housed in the Lexington County Detention Center pending sentencing in his case.

Because of the amount of discovery material involved, a reading room has been set up at the jail and the reading room is made available to the defendant and his attorney so they can together, or separately, review and study the discovery material during his pre-trial detention.

Accordingly, the Lexington County Detention Center Director and its staff are permitted to make this discovery material available to the defendant and/or his attorney for their review and study in preparation for the defendant's sentencing hearing.

IT IS SO ORDERED.

July 15, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge